## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**MELISSA J. ADKINS-BARNES**                                                                   **PLAINTIFF**

**VS.**                                                **4:15-CV-00664-BRW**

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration,**                                                            **DEFENDANT**

### ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by

United States Magistrate Judge Joe J. Volpe.  After careful review of the RD and the timely

objections received thereto, as well as a *de novo* review of the record, the Court approves and adopts

the RD as this Court's findings in all respects. Accordingly, the Commissioner's decision is

affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 14th day of July, 2016.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE