# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MELISSA J. ADKINS-BARNES**                                                                **PLAINTIFF**

**VS.**                                      **4:15-CV-00664-BRW**

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration,**                                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 14th day of July, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE